

KIT CARSON COUNTY, Petitioner,

v.

WAUSAU INSURANCE COMPANY, Respondent.

No. 90SC102.

Supreme Court of Colorado,
En Banc.

Oct. 15, 1990.

ORDER OF COURT AND MANDATE

IT IS THIS DAY ORDERED that the Petition for Certiorari shall be, and the same hereby is, GRANTED, and the judgment of the Court of Appeals is vacated, and the case remanded to the Court of Appeals for reconsideration in light of *Bloomer v. Board of County Commissioners*, 799 P.2d 942 (Colo.1990).

NOW THEREFORE, this cause is remanded to the Court of Appeals for further proceedings in conformance with the judgment of this Court.

VOLLACK, J., did not participate.

ORDER OF COURT AND MANDATE

IT IS THIS DAY ORDERED that the Petition for Certiorari shall be, and the same hereby is, GRANTED, and the judgment of the Court of Appeals is vacated, and the case remanded to the Court of Appeals for reconsideration in light of *Bloomer v. Board of County Commissioners*, 799 P.2d 942 (Colo.1990).

NOW THEREFORE, this cause is remanded to the Court of Appeals for further proceedings in conformance with the judgment of this Court.

COUNTY OF ADAMS, State of Colorado, Petitioner,

v.

Todd W. MADILL, Respondent.

No. 90SC15.

Supreme Court of Colorado.

Oct. 15, 1990.

Todd W. MADILL, Plaintiff–Appellant,

v.

COUNTY OF ADAMS, State of Colorado, Defendant–Appellee.

No. 88CA1376.

Colorado Court of Appeals,
Div. IV.

Nov. 2, 1989.

Rehearing Denied Dec. 7, 1989.

Certiorari Granted Oct. 15, 1990.*

* Order granting certiorari is published at 799 P.2d 949.

